# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-24475-KMW

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

ORION HEALTHCARE SERVICES, INC.,
d/b/a Wanderly,

    Defendant.

## DECLARATION OF CHRISTOPHER SADOWSKI

Christopher Sadowski does hereby declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2. I am the Plaintiff in the above-styled matter.

3. I am an award-winning photojournalist and am widely published in some of the world's most important newspapers and magazines, including but not limited to, the New York Post, Daily Mail Online, Reader's Digest, USA Today, New York Times, Fox News, CBS News, NBC News, Boston Globe, Boston Herald, Los Angeles Times, Newsweek Magazine, and People Magazine.

4. For the past eighteen (18) years, I have been self-employed as a high-end photographer who specializes in photo-documenting ordinary life and the human condition.

5. I travel throughout the New York, New Jersey and Connecticut tri-state area taking photographs that tell a story about tragedy, hope, calamity, joy, discord and renewal.

6. Using state-of-the-art equipment, I create high-end photography licensed by some

of the top publishers in this country. When commissioned for a job, I spend countless hours capturing hundreds of photographs and then processing those photographs to ensure they meet customers' requirements.

7. I maintain a commercial website (http://www.csnyphoto.com) which describes the photography services offered by me, hosts a sample portfolio of photographs taken by me, and invites prospective customers to contact me to arrange for a professional photo shoot.

8. I own each of the photographs available for license on my website and serve as the licensing agent with respect to licensing such photographs for limited use by my customers. To that end, my standard terms include a limited, non-transferable license for use of any photograph by the customer only. My license terms make clear that all copyright ownership remains with me and that my customers are not permitted to transfer, assign, or sub-license any of my photographs to another person/entity.

9. In 2018, I created a professional photograph (titled "082617outback4CS published") (the "Work") depicting the exterior of an Outback Steakhouse Restaurant located in Rochelle Park, New Jersey:



10. The Work was featured as the main image of a February 21, 2018 article titled "Outback Steakhouse has a bread problem, investor says" that was published in the New York Post (through permission from and with credit to me) at: https://nypost.com/2018/02/21/outback-steakhouse-has-a-bread-problem-investor-says/.

11. The Work was registered by me with the Register of Copyrights on March 31, 2018 and was assigned Registration No. VA 0002106967/ 2018-03-31.

12. Defendant Orion Healthcare Services, Inc. ("Defendant") is not and has never been licensed to use or display the Work. Defendant never contacted me to seek permission to use the Work in connection with its website/advertising or for any other purpose.

13. Through my ongoing diligent efforts to identify unauthorized use of my photographs, I first discovered Defendant's unauthorized use/display of the Work (described in the Complaint) in approximately September 2021.

14. I created the Work pursuant to a Freelance Photographer Independent Contractor Agreement with NYP Holdings, Inc. (the publisher of the New York Post). The New York Post does not pay me to license individual photographs created as part of an assignment, but rather pays me an all-inclusive rate for such assignments. I retain full ownership of the photographs I create and make those photographs available to license to other media outlets and generally to the public.

15. My recent licensing history with respect to the commercial use of my professional photographs include the following:

| Date | Licensee | Description | Amount |
| --- | --- | --- | --- |
| 7/21/2019 | Daily Mail | El Chapo photograph | $650.00 |
| 7/9/2020 | CBS Broadcasting | Michael Cohen photograph | $1,800.00 |
| 7/9/2020 | Fox News | Michael Cohen photograph | $2,100.00 |
| 7/22/2021 | Fox News | NYC prostitutes on side of street | $675.00 |
| 10/20/2021 | Fox News | Immigrants arriving on plane | $2,000.00 |

16. Based on my normal licensing rates and the type of use at issue here (use on Defendant's blog), I would have licensed the Work to Defendant for a $1,500.00 annual license fee. Because Defendant displayed the Work (by virtue of its blog article) from at least May 2020 through at least October 2021 (and continues to display the Work itself through this day), Defendant would owe me at least 2x annual licensing fees (as I do not prorate my work) in a total amount of **$3,000.00**.

17. The ability of Defendant to reproduce, modify, distribute and display my

photography for Defendant's own commercial benefit without compensation to me greatly impairs the market value of my work since others competing with that business, or in related business areas, will not want to obtain a license to my work if they are already associated with a competing business. Similarly, potential licensees of my copyrighted photographs will not want to pay my license fees if they see other commercial enterprises taking and using my photographs for their own commercial purposes without paying any fee at all.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 4, 2022.

*Christopher Sadowski*
ID 1Uatjo34b4vVokCPi6DDrFSF
_____
Christopher Sadowski

## eSignature Details

**Signer ID:** **1Uatjo34b4vVokCPi6DDrFSF**
Signed by: Christopher Sadowski
Sent to email: csnyphoto@gmail.com
IP Address: 174.244.176.65
Signed at: Mar 4 2022, 11:01 am PST